## GARRISON ET AL. *v.* CHRISTMAS ET AL.

[No. 12,520.   Filed November 18, 1926.]

From Vanderburgh Circuit Court; *Charles P. Bock,* Judge.

Action between William Garrison and others and Roy Christmas and others.   From the judgment rendered, the former appeal.   *Affirmed.*   By the court in banc.

*Albert W. Funkhouser, Arthur F. Funkhouser, Robert D. Markle* and *Frank C. Gore,* for appellants.
*Marshall R. Tweedy* and *Paul O. Tweedy,* for appellees.

PER CURIAM.—Judgment affirmed.

---

## HILL, ADMINISTRATOR, ET AL. *v.* BECKETT ET AL.

[No. 12,333.   Filed January 26, 1926.   Rehearing denied April 6, 1926.   Transfer denied November 26, 1926.]

From Dearborn Circuit Court; *Clarence A. Lowe,* Judge.

Action between Harley E. Hill, administrator, and others and Rebecca Beckett and others.   From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*McMullen & McMullen,* for appellants.
*Givan & Givan* and *Beckett & Beckett,* for appellees.

PER CURIAM.—Judgment affirmed.

---

## CHICAGO, SOUTH BEND AND NORTHERN INDIANA RAILWAY COMPANY *v.* KNIGHT.

[No. 12,350.   Filed December 9, 1926.]

From St. Joseph Superior Court; *J. Fred Bingham,* Judge.

Action between the Chicago, South Bend and Northern Indiana Railway Company and Lena Knight.   From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*Harry R. Wair, S. J. Crumpacker* and *Arthur L. Gilliom,* for appellant.
*Scanlon & Schwartz* and *Arnold, Carson & Judie,* for appellee.

PER CURIAM.—Affirmed.